**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOSE LUIS RIVERA OLIVA,<br>*Petitioner*<br><br>v.<br><br>PAMELA BONDI, SECRETARY KRISTI NOEM, ACTING DIRECTOR TODD M. LYONS, MIGUEL VERGARA, DIRECTOR, SAN ANTONIO ICE FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN ROSE THOMPSON, KARNES COUNTY IMMIGRATION PROCESSING CENTER;<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CA-00850-XR |

**FINAL JUDGMENT**

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Jose Luis Rivera Oliva's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated **March 23, 2026**. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this March 23, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE